**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

YURI LYUBARSKY and  　　　　　　　　　　Case No. 18-16659-LMI
OLGA LYUBARSKY,  　　　　　　　　　　　Chapter 7

　　　　Debtors.
_____/

**CERTIFICATE OF SERVICE**

**I CERTIFY** that a true and correct copy of the *Order Granting Ex-Parte Application for Approval of Employment of Michael P. Dunn, Esq. and Dunn Law. P.A. as Counsel to Marcia T. Dunn, Chapter 7 Trustee* [D.E. 17], was served on this 21st day of June, 2018, via First Class U.S. mail upon the Debtor(s) and scheduled secured creditors:

Yuri Lyubarsky and　　　　　　　　　　**Secured Creditors:**
Olga Lyubarsky, Debtors　　　　　　　　**None**
375 Poinciana Island Dr., Unit 1135
North Miami Beach, Fl 33160

**I CERTIFY** that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 21st day of June, 2018, upon all registered users in this case, including:

- Marcia T Dunn    mdunn@dunnlawpa.com, mdunn@ecf.epiqsystems.com;acastro@dunnlawpa.com;slebron@dunnlawpa.com
- Michael P Dunn    michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com;nnayor@dunnlawpa.com;tyler.stull@dunnlawpa.com
- Leonid Nerdinsky    lnerdinsky@nerdinskylaw.com, lnerdinsky@gmail.com;nerdinskylr67621@notify.bestcase.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

　　　　　　　　　　　　　　　　　　**DUNN LAW, P.A.**
　　　　　　　　　　　　　　　　　　*Counsel for Marcia T. Dunn, Trustee*
　　　　　　　　　　　　　　　　　　555 Northeast 15th Street, Suite 934-A
　　　　　　　　　　　　　　　　　　Miami, Florida  33132-1451
　　　　　　　　　　　　　　　　　　Tel: 786-433-3866 // Fax: 786-260-0269
　　　　　　　　　　　　　　　　　　michael.dunn@dunnlawpa.com

　　　　　　　　　　　　　　　　　　By:　*/s/ Michael P. Dunn Esq.*
　　　　　　　　　　　　　　　　　　　　　Michael P. Dunn, Esq.
　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 100705