

**ORDERED in the Southern District of Florida on August 9, 2018.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

YURI LYUBARSKY and                   Case No. 18-16659-LMI
OLGA LYUBARSKY,                       Chapter 7

      Debtors.
_____/

**ORDER GRANTING CHAPTER 7 TRUSTEE'S AGREED *EX PARTE* MOTION FOR
(1) EXTENSION OF TIME FOR TRUSTEE TO OBJECT TO THE DEBTORS'
CLAIMED EXEMPTIONS; AND (2) EXTENSION OF TIME FOR TRUSTEE
AND OFFICE OF THE UNITED STATES TRUSTEE TO FILE A
COMPLAINT OBJECTING TO DEBTORS' DISCHARGE**

THIS MATTER came before the Court upon the Chapter 7 Trustee's Marcia T. Dunn's ("Trustee") *Agreed Ex Parte Motion for (1) Extension of Time for Trustee to Object to the Debtors' Claimed Exemptions; and (2) Extension of Time for Trustee and Office of the United States Trustee to File a Complaint Objecting to Debtors' Discharge* (the "Motion") [D.E. 30]. The Court, having considered the record and reviewed the Motion, and acknowledging the agreement between the parties hereto to the relief requested therein, and for good cause shown, does hereby

**ORDER and ADJUDGE** that:

1. The Trustee's Motion is GRANTED.

2. The deadline for the Trustee to file any objections to the Debtors' claimed exemptions is extended through and including October 10, 2018.

3. The deadline for the Trustee and the Office of the United States Trustee to file a complaint objecting to the Debtors' discharge pursuant to 11 U.S.C. § 727, is extended through and including October 10, 2018.

4. These extensions are without prejudice as to the Trustee and the Office of the United States Trustee seeking further extensions by agreement or otherwise.

#    #    #

**Submitted by:**

Michael P. Dunn, Esq.
Florida Bar No. 100705
DUNN LAW, P.A.
*Counsel for Marcia T. Dunn, Trustee*
555 Northeast 15th Street, Suite 934-A
Miami, Florida  33132-1451
Tel: 786-433-3866
Fax: 786-260-0269
michael.dunn@dunnlawpa.com

*Attorney Dunn is directed to serve a conformed copy of this Order upon the Debtor(s) and to file a certificate of service with the Court.*