# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

**Yuri Lyubarsky**
**Olga Lyubarsky**

Case No:  **18-16659**
Chapter   **7**

_____ Debtor _____/

## CERTIFICATE OF SERVICE

I certify that a true copy of this Court's Order Granting Agreed Ex Parte Motion To Continue Hearing On: (34 Objection to Debtor's Claim of Exemptions )(Docket Entry #44) was served as follows:

*on Debtors via email.*

**/s/ Leonid Nerdinsky**
Signature of Attorney for Serving Party
**Leonid Nerdinsky 638781**
Print Name
**3800 S. Ocean Drive**
**Ste. 242**
**Hollywood, FL 33019**
Address
**954-237-6307**
Telephone
**638781 FL**
Fla. Bar No.

Dated: **January  1, 2019**

LF-46 (rev. 12/01/09)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                            Best Case Bankruptcy