UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                    Case No. 18-16659-LMI

YURI LYUBARSKY AND                                        Chapter 7
OLGA LYUBARSKY,

      Debtor.

_____/

## **MOTION TO APPEAR PRO HAC VICE**

Motion and Affidavit of Local Counsel

      I, Felipe Plechac-Diaz, Esq. ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Eric Rayz, Esq. ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the Commonwealth of Pennsylvania and the State of New York, the U.S. District Court for the Eastern District of Pennsylvania, the U.S. Court of Appeals for the Third Judicial Circuit, and the United States Supreme Court, and otherwise qualified to practice in this court, who proposes to act as counsel for Vertonix Limited ("Client") in in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Client.

      I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Client, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Client.

      I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this Court and agree to act as local counsel for the above-referenced Client in the main case. I understand that I am required to participate in the preparation and the presentation of the adversary proceeding and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client(s) and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Client. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in the main case, and for such other and further relief as may be just.

Dated: January 2, 2019

LEIDERMAN SHELOMITH ALEXANDER + SOMODEVILLA, PLLC
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By:_____/s/_____
    FELIPE PLECHAC-DIAZ, ESQ
    Florida Bar No. 0105483
    fpd@lsaslaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served on January 2, 2019 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference) and via U.S. Mail to Yuri Lyubarsky and Olga Lyubarsky, 375 Poinciana Island Dr Unit 1135 North Miami Beach, FL 33160.

By:_____/s/_____
    Felipe Plechac-Diaz, Esq.

**Affidavit of Proposed Visiting Attorney**

I, Eric Rayz, Esq., am a member in good standing of the bar of the Commonwealth of Pennsylvania and the State of New York, the U.S. District Court for the Eastern District of Pennsylvania, the U.S. Court of Appeals for the Third Judicial Circuit, and the United States Supreme Court, but am not admitted to the bar of the State of Florida or the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear pro hac vice in this adversary proceeding on behalf of Vertonix Limited ("Client"). I designate Felipe Plechac-Diaz, Esq. ("Local Counsel"), who is qualified to practice in this Court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Client, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate Motion to Appear Pro Hac Vice on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this Court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

FURTHER AFFIANT SAYETH NAUGHT.

**Kalikhman & Rayz, LLC**
1051 County Line Road, Suite A
Huntingdon Valley, PA 19006
Phone: 215.792.2963
E-mail: erayz@kalraylaw.com

By:_____
         Eric Rayz, Esq.

Sworn to and Subscribed before _____ on _____.


_____          My Commission Expires:
       Notary Public

Ft. Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By:_____/s/_____
 FELIPE PLECHAC-DIAZ, ESQ
 Florida Bar No. 0105483

 fpd@lsaslaw.com

## CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of the foregoing was served on January 2, 2019 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference) and via U.S. Mail to Yuri Lyubarsky and Olga Lyubarsky, 375 Poinciana Island Dr Unit 1135 North Miami Beach, FL 33160.

By:_____/s/_____

 Felipe Plechac-Diaz, Esq.

## Affidavit of Proposed Visiting Attorney

 I, Eric Rayz, Esq., am a member in good standing of the bar of the Commonwealth of Pennsylvania and the State of New York, the U.S. District Court for the Eastern District of Pennsylvania, the U.S. Court of Appeals for the Third Judicial Circuit, and the United States Supreme Court, but am not admitted to the bar of the State of Florida or the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

 I hereby request authority to appear pro hac vice in this adversary proceeding on behalf of Vertonix Limited ("Client"). I designate Felipe Plechac-Diaz, Esq. ("Local Counsel"), who is qualified to practice in this Court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Client, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate Motion to Appear Pro Hac Vice on my behalf.

 I certify that I am familiar with and shall and shall be governed by the local rules of this Court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.
FURTHER AFFIANT SAYETH NAUGHT.

**Kalikhman & Rayz, LLC**
1051 County Line Road, Suite A
Huntingdon Valley, PA 19006
Phone: 215.792.2963

E-mail: erayz@kalraylaw.com

By:_____

 Eric Rayz, Esq.

Sworn to and Subscribed before ___Eric Rayz___ on ___Jan 2, 2019___

Commonwealth of Pennsylvania - Notary Seal
LAWRENCE KALIKHMAN, Notary Public
Bucks County
My Commission Expires November 21, 2022
Commission Number 1256390

_____
Notary Public

My Commission Expires:    Nov 21, 2022

LF-44 (rev. 12/01/16)        Page 2 of 3