UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
*www.flsb.uscourts.gov*

In re:

YURI LYUBARSKI and
OLGA LYUBARSKI,

    Debtors.
_____/

Case No. 18-16659-LMI
Chapter 7

**AGREED *EX PARTE* MOTION TO ABATE AND
RESET BRIEFING SCHEDULE DEADLINES**

    MARCIA T. DUNN, the duly appointed Chapter 7 Trustee ("Trustee") of the above bankruptcy estate ("Estate"), by and through undersigned counsel, files this Agreed Ex Parte Motion to Abate and Reset Briefing Scheduling Deadlines (the "Motion"), and in support states as follows:

    1.    On May 31, 2018 (the "Petition Date"), YURI LYUBARSKY and OLGA LYUBARSKY (the "Debtors"), commenced the instant bankruptcy case with the filing of a voluntary petition under Chapter 7, Title 11 of the United States Bankruptcy Code.

    2.    On July 10, 2018, the Debtors' § 341 Meeting of Creditors was held and concluded, and Marcia T. Dunn is the duly appointed Chapter 7 Trustee of the Estate.

    3.    On October 10, 2018, the Trustee filed her Objection to the Debtors' Claim of Exemptions (the "Objection to Exemptions") [D.E. 34].

    4.    On December 11, 2018, the Debtors filed their Memorandum of Law in Opposition to the Objection to Exemptions (the "Opposition Response") [D.E. 49].

    5.    On January 2, 2019, at the preliminary hearing on the Objection to Exemptions, the Court gave the Trustee fourteen (14) days to file a memorandum response to the Opposition

Response—on or before January 18, 201.  The Court further allowed the Debtors fourteen (14) days thereafter to file a reply.

6. Subsequently, the Trustee and Debtors reached an agreement in principle to fully resolve the bankruptcy case, including the Objection to Exemptions, which the parties are currently in the process of reducing to writing.

7. To avoid unnecessary time and expense, the Trustee and Debtors seek a brief abatement of the above briefing schedule while the parties finalize and file their settlement agreement for approval by the Court.

8. If for some reason the Trustee and Debtors are unable to finalize a settlement agreement in writing, the parties wish to reset the briefing schedule with respect to the Objection to Exemptions.

9. Undersigned counsel has conferred with Debtors' counsel who agrees to the relief sought herein.

**WHEREFORE**, for the reasons more particularly stated herein, the Trustee respectfully requests that this Court enter an Order in the form attached hereto as **Exhibit "A"**: (i) abating the briefing schedule for the Objection to Exemptions by ten (10) days; (ii) resetting the briefing schedule in the event a written settlement is not filed within the ten (10) day period; and (iii) granting such other and further relief as this Court deems just and proper.

Dated: January 17, 2019            Respectfully Submitted,

**DUNN LAW, P.A.**
*Counsel for Marcia T. Dunn, Chapter 7 Trustee*
555 NE 15th Street, Suite 934-A
Miami, Florida 33132
Phone: (786) 433-3866
Fax:    (786) 260-0269
alexis.read@dunnlawpa.com

By: /s/ *Alexis S. Read*
Alexis S. Read, Esq.
Fla. Bar No. 98084

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail on this 17th day of January, 2019 to:

Synchrony Bank
PRA Receivables Management, LLC
c/o Valerie Smith
PO Box 41021
Norfolk, VA 23541

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 17th day of January, 2019, upon all registered users in this case, including:

- Marcia T Dunn    mdunn@dunnlawpa.com, mdunn@ecf.epiqsystems.com;acastro@dunnlawpa.com;rbasnueva@dunnlawpa.com;slebron@dunnlawpa.com
- Michael P Dunn    michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com;nnayor@dunnlawpa.com;joel.knee@dunnlawpa.com
- Leonid Nerdinsky    lnerdinsky@nerdinskylaw.com, lnerdinsky@gmail.com;nerdinskylr67621@notify.bestcase.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Felipe Plechac-Diaz    fpd@lsaslaw.com, fplechacdiaz@ecf.inforuptcy.com;zbs@lsaslaw.com;info@lsaslaw.com;jb@lsaslaw.com;kc@lsaslaw.com
- Alexis S Read    alexis.read@dunnlawpa.com, asr@alexisreadlaw.com

By: /s/ *Alexis S. Read*
Alexis S. Read, Esq.
Fla. Bar No. 98084