UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                                Case No. 18-16659-BKC-LMI

YURI LYUBARSKY AND                                    Chapter 7
OLGA LYUBARSKY,

    Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Hearing on Objection to Claim of Vertonix Limited [ECF No. 72], was served on February 28, 2019 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference) and via U.S. Mail on March 1, 2019 to Yuri Lyubarsky and Olga Lyubarsky, 375 Poinciana Island Dr Unit 1135 North Miami Beach, FL 33160; Eric Rayz, 1051 County Line Rd., Suite A, Huntington Valley, PA 19006; and Synchrony Bank, PRA Receivables Management, LLC, c/o Valerie Smith, PO Box 41021, Norfolk, VA 23541.

Dated: March 1, 2019

LEIDERMAN SHELOMITH ALEXANDER
+ SOMODEVILLA, PLLC
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By:_____/s/_____
    FELIPE PLECHAC-DIAZ
    Florida Bar No. 0105483
    fpd@lsaslaw.com