

**ORDERED in the Southern District of Florida on March 10, 2019.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

YURI LYUBARSKY and             Case No. 18-16659-LMI
OLGA LYUBARSKY,             Chapter 7

    Debtors.
_____/

## ORDER GRANTING TRUSTEE'S MOTION TO COMPROMISE CONTROVERSY AND APPROVE SETTLEMENT AGREEMENT BETWEEN THE TRUSTEE AND DEBTORS

**THIS CAUSE** came before the Court on March 6, 2019 at 11:00 AM upon Chapter 7 Trustee, Marcia T. Dunn's (the "Trustee") *Motion to Compromise Controversy and Approve Settlement Agreement between the Trustee and Debtors* (the "Settlement Motion" or "Motion") [D.E. 65].[1]

The Court, having reviewed the Settlement Motion and record in this case; and the Trustee having represented that the Settlement Motion was served on all parties required by

---

[1] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Settlement Motion [D.E. 65].

Bankruptcy Rule 2002(a)(3) and Local Rule 9013-1(D), that the response time (as provided by Local Rule 9013-1(D)) has expired, that no one has filed, or served on the movant, a response to the Settlement Motion, and that no creditor or other party appeared at the March 6, 2019 evidentiary hearing on the Settlement Motion to oppose it; and the Court, finding that the notice of the proposed compromise and settlement is sufficient to comply with Bankruptcy Rules 9012 and 2002(a)(3) and Local Rule 9013-1(D), and any other applicable notice requirement; and further finding that the settlement subject of the Settlement Motion meets the criteria set forth in *In re Justice Oaks II Ltd*., 898 F.2d 1544 (11th Cir. 1990), and thus in the best interests of this Estate; and for the reasons more particularly stated in Court on the record as if fully incorporated herein, it is

**ORDERED and ADJUDGED** that:

1. The Settlement Motion is **GRANTED.**

2. The proposed settlement between the Trustee and the Debtors, YURI LYUBARSKY and OLGA LYUBARSKY (collectively, the "Debtors"), is approved on the terms and conditions set forth in the Settlement Motion and Settlement Agreement, which terms and conditions are incorporated herein by reference (the "Agreement").

3. The Court retains sole and exclusive jurisdiction to: (a) implement, interpret and enforce the terms of the Settlement Motion, this Order, and the Agreement; and (b) resolve any claims, controversies or disputes amongst the parties arising from or related to the Agreement and the relief authorized herein.

#     #     #

Submitted by:

Alexis S. Read, Esq.
DUNN LAW, P.A.

*Counsel for Marcia T. Dunn, Chapter 7 Trustee*
66 West Flagler Street, Suite 400
Miami, Florida  33130
Phone: (786) 433-3866 || Fax: (786) 260-0269
alexis.read@dunnlawpa.com

*Attorney Alexis S. Read shall serve a copy of this Order on all interested parties and shall file a Certificate of Service.*