UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

YURI LYUBARSKY and        Case No: 18-16659-LMI
OLGA LYUBARSKY            Chapter 7

    Debtors.
_____/

# DEBTORS' REQUEST FOR SPECIALLY SET EVIDENTIARY HEARING ON DEBTORS' MOTION FOR ENFORCEMENT OF THE AUTOMATIC STAY, SANCTIONS AGAINST VERTONIX LTD AND ITS COUNSEL ARKADY "ERIC" RAYZ FOR FRAUD ON THE COURT AND CONTEMPT FOR WILLFUL VIOLATIONS OF THE AUTOMATIC STAY [D.E. 74 AND 81]

Debtors, Yuri Lyubarsky and Olga Lyubarsky, by and through undersigned counsel, hereby request that the court schedule a specially set evidentiary hearing on Debtors' Motion for Enforcement of the Automatic Stay, Sanctions against Vertonix Ltd and its Counsel Arkady "Eric" Rayz for Fraud on the Court and Contempt for Willful Violations of the Automatic Stay [D.E. 74 and 81] (the "Motion"), and as grounds set forth the following:

    1.    Debtors filed a petition under Chapter 7 on May 31, 2018.

    2.    On March 4, 2019, Debtors' filed their Motion [D.E. 74]. This version of the Motion was inadvertently filed without cover sheets indicating exhibit numbers.

    3.    On March 5, 2019, the Court set the Motion for a non-evidentiary hearing on April 3, 2019 at 9:30am.

    4.    On March 14, 2019, Debtors amended their Motion with correct exhibit cover sheets [ECF No. 81].

5. Due the nature and extent of the allegations and the time required to present the evidence by all sides, Debtors hereby request this Court set this matter as an evidentiary hearing.

6. Undersigned counsel has contacted opposing counsel regarding the time they expect to require and their availability.

7. Undersigned counsel estimates that Debtors will need approximately two (2) hours to present their evidence.

8. Opposing counsel Eric Rayz has indicated that he will need one (1) hour to present his and his client's side.

9. Undersigned counsel is expected to testify as a witness during the hearing. Debtors have retained Gary Seitz, Esq., for purposes of representing them in proceedings related to the Motion. A motion for Gary Seitz, Esq. to appear *pro hac vice* has been filed [D.E. 83].

10. The following dates were confirmed as available by all counsel and parties involved in the Motion: May 6-7, 2019, May 13-20, 2019 and May 20-21, 2019.

11. The draft text of a proposed order setting the deadlines for the hearing is filed herewith. The deadlines are set with the earliest of the above dates, and can be amended in accordance with the final date the Court sets for the hearing.

WHEREFORE, Debtors respectfully request the Court schedule a date for an evidentiary hearing on Debtors' Motion for Enforcement of the Automatic Stay, Sanctions against Vertonix Ltd and its Counsel Arkady "Eric" Rayz for Fraud on the Court and Contempt for Willful Violations of the Automatic Stay [D.E. 74 and 81]

Dated: March 26, 2019

/s/ Leonid Nerdinsky
Leonid Nerdinsky, Esq.
Nerdinsky Law Group, P.A.
3800 S Ocean Drive, Suite 242

>Hollywood, FL 33019
>Tel: 954-237-6307
>Fax: 954-416-6188
>LNerdinsky@nerdinskylaw.com
>Florida Bar No. 638781

**CERTIFICATE OF SERVICE**

I, Leonid Nerdinsky, CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 26th day of March, 2019, upon all registered users in this case.