UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

YURI LYUBARSKY and          Case No: 18-16659-LMI
OLGA LYUBARSKY              Chapter 7

    Debtors.
_____/

## DEBTORS' WITHDRAWAL OF OBJECTION TO THE CLAIM OF GUARDIAN LIFE INSURANCE COMPANY

Debtors, Yuri and Olga Lyubarsky, by and through undersigned counsel, hereby withdraw their Objection to the Claim of Guardian Life Insurance Co. [D.E. 46] ("Guardian Objection").

Following the entry of the Order Granting Trustee's Motion to Compromise Controversy and Approve Settlement Agreement Between the Trustee and Debtors [ECF No. 78], Guardian has agreed to disburse all of Debtors' accrued disability benefits without offset for costs incurred by Guardian which are part of Guardian's claim in these proceedings [POC-4].

While Debtors continue to believe in the merit of the arguments stated in the Guardian Objection, they acknowledge they lack standing to continue to pursue the Guardian Objection.

Accordingly, the Guardian Objection [ECF No. 46] is hereby withdrawn.

Dated: April 1, 2019

                                             /s/ Leonid Nerdinsky
                                             Leonid Nerdinsky, Esq.
                                             Nerdinsky Law Group, P.A.
                                             3800 S Ocean Drive, Suite 242
                                             Hollywood, FL 33019
                                             Tel: 954-237-6307
                                             Fax: 954-416-6188
                                             LNerdinsky@nerdinskylaw.com
                                             Florida Bar No. 638781

**CERTIFICATE OF SERVICE**

I, Leonid Nerdinsky, CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on April 1, 2019, upon all registered users in this case.