

**ORDERED in the Southern District of Florida on April 10, 2019.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                Case No. 18-16659-BKC-LMI

YURI LYUBARSKY and OLGA                        Chapter 7
LYUBARSKY,

       Debtors.
_____/

### ORDER OVERRULING OBJECTION TO CLAIM

THIS CAUSE came before the Court on April 3, 2019 upon the Objection to Claim of Vertonix Limited (ECF #47) (the "Objection") filed by Debtors, Response (ECF #54) filed by Creditor Vertronix Limited and the Reply (ECF #54) filed by the Debtors. The Court having heard argument of the parties and based on the record, it is

ORDERED:

    1.    The Objection is OVERRULED without prejudice to the Trustee or any party in interest if they choose to file their own objection.

    2.    If the Trustee or a party in interest intend to file an objection to the claim of

Vertonix Limited, the Court directs to them to do so by April 17, 2019.

### 

Copies furnished to:
Leonid Nerdinsky, Esq.
Felipe Plechac-Diaz, Esq.

       Attorney Nerdinsky shall serve a copy of this Order upon all parties in interest and file a certificate of service with the clerk of the court.