UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                          Case No. 18-16659-BKC-LMI

YURI LYUBARSKY AND                              Chapter 7
OLGA LYUBARSKY,

     Debtors.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Response in Opposition to Supplemental Brief in Support of Motion for Sanctions [ECF No. 105], was served on May 7, 2019 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference) and via U.S. Mail on May 7, 2019 to Yuri Lyubarsky and Olga Lyubarsky, 375 Poinciana Island Dr Unit 1135 North Miami Beach, FL 33160; Eric Rayz, 1051 County Line Rd., Suite A, Huntington Valley, PA 19006; and Synchrony Bank, PRA Receivables Management, LLC, c/o Valerie Smith, PO Box 41021, Norfolk, VA 23541; Gary Seitz  8 Penn Center #1901 1628 JFK Blvd. Philadelphia, PA 19103.

Dated: May 7, 2019

LEIDERMAN SHELOMITH ALEXANDER
+ SOMODEVILLA, PLLC
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By:_____/s/_____
    FELIPE PLECHAC-DIAZ
    Florida Bar No. 0105483
    fpd@lsaslaw.com