**UNITED STATES BANKRTUPCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| LYUBARSKY, et al. | Case No. 18-16659-LMI |
| Debtor(s) | |

## <u>OBJECTIONS TO EXHIBITS BY VERTONIX LIMITED</u>

In accordance with the Order Specially Setting Evidentiary Hearing, ECF Doc. 97, Vertonix Limited ("Creditor") raises the following objections to exhibits identified on the Exhibit Register of Yuri and Olga Lyubarsky (collectively, "Debtors"):

1. Exhibit 7 – The document at issue is an unsworn and uncertified translation and, therefore, there is no validation of the translation or the qualifications or competence of the translator, whose identity is not even disclosed. <u>See</u> F.R.E. 604 (mandating that "[a]n interpreter must be qualified and must give an oath or affirmation to make a true translation. . . ."); <u>see</u> Rule 901(a).

2. Exhibit 9.1 – The document at issue is an unsworn and uncertified translation and, therefore, there is no validation of the translation or the qualifications or competence of the translator, whose identity is not even disclosed. <u>See</u> F.R.E. 604 (mandating that "[a]n interpreter must be qualified and must give an oath or affirmation to make a true translation. . . ."); <u>see</u> Rule 901(a).

3. Exhibit 10.1 – The document at issue is not what it purports to be. Rather, it is a combination of two separate exhibits (Exhibit 10.1 and 10.3). <u>See</u> Rule 901(a).

4. Exhibit 10.3 – The document at issue is not what it purports to be. Rather, it is a

combination of two separate exhibits (Exhibit 10.1 and 10.3).  <u>See</u> Rule 901(a).

5.      Exhibit 25 – The document at issue was not produced or turned over within the discovery deadline set by the Court.  <u>See</u> ECF Doc. 97, p. 2.

6.      Exhibit 57 – The document at issue is not what it purports to be.  <u>See</u> Rule 901(a).  Further, the document at issue was not produced or turned over within the discovery deadline set by the Court.  <u>See</u> ECF Doc. 97, p. 2.

7.      Exhibit 62 – The document at issue is not what it purports to be.  <u>See</u> Rule 901(a).  Indeed, it is undated and its author is unknown.

8.      Exhibits 70-98 – Debtors have failed to turn over any exhibits with such numerical designations.  Therefore, their introduction violates this Court's directive.  <u>See</u> ECF Doc. 97.

9.      Exhibit 99 – The document at issue was not produced or turned over within the discovery deadline set by the Court.  <u>See</u> ECF Doc. 97, p. 2.  Further, the document at issue is not what it purports to be.  <u>See</u> Rule 901(a).  Indeed, it is not an exhibit, but an argument that cites to Rules that are inapplicable in the present case.

Date: <u>September 7, 2019</u>                     Respectfully submitted,
                                           **KALIKHMAN & RAYZ, LLC**


                                           <u>/s/                                    </u>
                                           Arkady "Eric" Rayz
                                           Attorney(s) for Creditor(s)
                                           1051 County Line Road, Suite "A"
                                           Huntingdon Valley, PA 19006
                                           Telephone: (215) 364-5030
                                           Facsimile: (215) 364-5029
                                           E-mail: erayz@kalraylaw.com