**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

www.flsb.uscourts.gov

In re:  Case No. 18-16659-LMI
 Chapter 7
YURI LYUBARSKY and
OLGA LYUBARSKY

_____/

**MOVANT'S OBJECTIONS TO RESPONDENTS' EXHIBITS**

Objection to Respondents' Exhibits Submitted on behalf of:

[ ] Plaintiff    [ ] Defendant    [x] Debtor    [ ] Other _____

Date of Hearing/Trial:  September 16-17, 2019

Type of Hearing/Trial:  Motion for Enforcement of Automatic Stay, Fraud on the Court and Contempt

SUBMITTED BY:  Gary Seitz, Esq.

 Gellert Scali Busenkell & Brown, LLC

 8 Penn Center

 1628 John F Kennedy Blvd, Suite 1901

 Philadelphia, PA 19103

 Tel. (215) 238-0010

 E-mail: gseitz@gsbblaw.com


(REGISTER TABLE WITH OBJECTIONS STARTS ON NEXT PAGE)

LF-49 (rev. 12/01/09)

| **Exhibit** | **Description** | **Objections** |
|---|---|---|
| A | Asset Purchase Agreement, 8/2/2007 | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay.  FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |
| B | Settlement Agreement, 1/20/2009 | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay.  FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |

LF-49 (rev. 12/01/09)

| Exhibit | Description | Objections |
|---|---|---|
| C | Note | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay. FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |
| D | COJ Complaint, 2/24/2011 | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay. FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |

LF-49 (rev. 12/01/09)

| Exhibit | Description | Objections |
|---|---|---|
| E | Cover letter and post- judgment discovery, 10/13/2011 | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay.  FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |
| F | Amended Complaint, 10/13/2011 | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay.  FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |

LF-49 (rev. 12/01/09)

| Exhibit | Description | Objections |
|---|---|---|
| G | Yuri Lyubarsky, LLC corporate paperwork | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b). If offered for the truth contained in its text, the document also contains hearsay. FED. R. EVID. 801-802.  This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |
| H | Order, 12/15/2011 | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b). If offered for the truth contained in its text, the document also contains hearsay. FED. R. EVID. 801-802.  This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |

| Exhibit | Description | Objections |
|---|---|---|
| I | Order, 4/12/2012 | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay.  FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |
| K | Email concerning settlement from Debtors' counsel, 1/22/2013 | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay.  FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |

LF-49 (rev. 12/01/09)

| Exhibit | Description | Objections |
|---|---|---|
| L | Order, 3/15/2013 | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b). If offered for the truth contained in its text, the document also contains hearsay. FED. R. EVID. 801-802. This exhibit cannot be authenticated in the absence of its author. FED. R. EVID. 901(a). |
| M | Consulting Agreement | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b). If offered for the truth contained in its text, the document also contains hearsay. FED. R. EVID. 801-802. This exhibit cannot be authenticated in the absence of its author. FED. R. EVID. 901(a). |

LF-49 (rev. 12/01/09)

| Exhibit | Description | Objections |
|---|---|---|
| N | 5/6/2015, Deposition Transcript | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b). If offered for the truth contained in its text, the document also contains hearsay. FED. R. EVID. 801-802. This exhibit cannot be authenticated in the absence of its author. FED. R. EVID. 901(a). |
| Q | Stipulation of Settlement, 5/12/2016 | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b). If offered for the truth contained in its text, the document also contains hearsay. FED. R. EVID. 801-802. This exhibit cannot be authenticated in the absence of its author. FED. R. EVID. 901(a). |

LF-49 (rev. 12/01/09)

| Exhibit | Description | Objections |
|---|---|---|
| S | Deed | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay. FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |
| T | Email concerning settlement from Debtors' counsel, 6/23/2016 | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay. FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |

LF-49 (rev. 12/01/09)

| Exhibit | Description | Objections |
|---|---|---|
| U | Debtors' Motion to Strike Judgment | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay. FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |
| X | Guardian Letter, 7/14/2016 | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay. FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |

LF-49 (rev. 12/01/09)

| Exhibit | Description | Objections |
|---|---|---|
| Y | Loan Agreement | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay.  FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |
| Z | Letter from Counsel | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay.  FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |

| Exhibit | Description | Objections |
|---|---|---|
| AA | Debtors' Motion to Strike Judgment Supplement | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b). If offered for the truth contained in its text, the document also contains hearsay. FED. R. EVID. 801-802. This exhibit cannot be authenticated in the absence of its author. FED. R. EVID. 901(a). |
| AB | Order, 11/7/2016 | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b). If offered for the truth contained in its text, the document also contains hearsay. FED. R. EVID. 801-802. This exhibit cannot be authenticated in the absence of its author. FED. R. EVID. 901(a). |

LF-49 (rev. 12/01/09)

| Exhibit | Description | Objections |
|---|---|---|
| AC | Transcript of a hearing before the Hon. Daniel Anders | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay.  FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |
| AD | Hon. Linda Carpenter Opinion, 2/13/2017 | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay.  FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |

LF-49 (rev. 12/01/09)

| Exhibit | Description | Objections |
|---|---|---|
| AE | Stipulation of Settlement | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay.  FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |
| AF | Hon. Daniel Anders Opinion, 5/25/2017 | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay.  FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |

LF-49 (rev. 12/01/09)

| Exhibit | Description | Objections |
|---|---|---|
| AG | Debtors' Brief to the Pennsylvania Superior Court | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay.  FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |
| AH | Hon. Daniel Anders Opinion, 11/21/2017 | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay.  FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |

LF-49 (rev. 12/01/09)

| Exhibit | Description | Objections |
|---|---|---|
| AI | Superior Court Opinion | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay. FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |
| AR | Creditor's Proof of Claim (without exhibits) | Doctrine of completeness FED. R. EVID. 106. |
| AT | Transcript of Rule 2004 Examination | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay. FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). Doctrine of completeness FED. R. EVID. 106. |

LF-49 (rev. 12/01/09)

| **Exhibit** | **Description** | **Objections** |
|---|---|---|
| BC | 5/17/2019, E-mail from Andrew Mogilyansky | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay.  FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |
| BD | Printout from the New York State Department of State | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay.  FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |

| Exhibit | Description | Objections |
|---|---|---|
| BH | 375 Poinciana, LLC corporate records | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay.  FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |
| BJ | Luxury Gift, Inc. corporate records | Objection – the document contains information that is irrelevant to the issues before the court. The information has no tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is not of consequence in determining the action. FED. R. EVID. 401-402, 104(b).  If offered for the truth contained in its text, the document also contains hearsay.  FED. R. EVID. 801-802.   This exhibit cannot be authenticated in the absence of its author.  FED. R. EVID. 901(a). |

Exhibits A-C, G, K. M. Q, S-T, Y-Z, AE, BD, BH-BJ are documents which relate to assets or income of the Debtors that are irrelevant to the motion before this court and lack any probative value.

Exhibits D-F, H-I, L, N, U, X, AA-AI  are documents which relate to pre bankruptcy proceedings in other courts that are irrelevant to the motion before this court and lack any probative value.

LF-49 (rev. 12/01/09)

Dated September 10, 2019

                                      /s/  Gary F. Seitz
                                      Gary F. Seitz
                                      Gellert Scali Busenkell & Brown
                                      LLC 8 Penn Center
                                      1628 John F. Kennedy Blvd
                                      Suite 1901
                                      Philadelpia, PA 191043
                                      Tel: 215-238-0010
                                      gseitz@gsbblaw.com

                                      Leonid Nerdinsky
                                      Nerdinsky Law Group
                                      3800 S Ocean Drive, Suite 242
                                      Hollywood, FL 33019
                                      Tel: 954-237-6307
                                      lnerdinsky@nerdinskylaw.com


I CERTIFY that a true and correct copy of the foregoing was served upon counsel of record for Vertonix, Eric "Arkady" Rayz and the Chapter 7 Trustee via ECF service on this 9th day of September 2019.


                                      /s/Gary F. Seitz
                                      Gary F. Seitz