

ORDERED in the Southern District of Florida on September 12, 2019.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

YURI LYUBARSKY and            Case No. 18-16659-LMI
OLGA LYUBARSKY,               Chapter 7

     Debtors.
_____/

### AGREED ORDER ON TRUSTEE'S OBJECTION
### TO CLAIM NO. 2 FILED BY VERTONIX LIMITED

THIS MATTER came before the Court upon the Chapter 7 Trustee's Marcia T. Dunn's ("Trustee") *Objection to Claim No. 2 Filed by Vertonix Limited* (the "Objection") [D.E. 98] and Vertonix Limited's *Response to the Objection* [D.E. 114] (the "Response"). The Court, having considered the record and reviewed the Objection, and noting that the parties have agreed to the relief provided herein, and for good cause shown, does hereby

**ORDER and ADJUDGE** that:

1.     The Trustee's Objection is SUSTAINED.

2. Vertonix Limited's Proof of Claim No. 2 is allowed as a general unsecured claim in the amount of $200,000.00.

3. Each Party shall bear its own costs and attorney's fees in connection with the Objection and Response.

**Submitted by:**

Joshua C. Kligler, Esq.
Florida Bar No. 69397
DUNN LAW, P.A.
*Counsel for Marcia T. Dunn, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
joshua.kligler@dunnlawpa.com

*Attorney Kligler is directed to serve a conformed copy of this Order upon the Debtor(s) and to file a certificate of service with the Court.*