

ORDERED in the Southern District of Florida on November 1, 2019.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

_____

In re:

YURI LYUBARSKY and                                Case No: 18-16659-LMI
OLGA LYUBARSKY                                    Chapter 7

               Debtors.
_____/

**AGREED ORDER GRANTING DEBTORS MOTION TO EXTEND DEADLINES TO SUBMIT**
**PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

THIS CAUSE came on before the Court upon the Debtors' Agreed *Ex Parte* Motion to Extend Deadlines to Submit Proposed Findings of Fact and Conclusions of Law (the "Motion") [ECF No. 72], and the Court, having reviewed the Motion and the file, being otherwise duly advised in the matter, it is

ORDERED as follows:

    1.    The Motion is GRANTED.

    2.    The deadline to submit proposed findings of fact and conclusions of law is hereby extended to November 14, 2019.

3.    The period to respond to an adversary's proposed findings of fact and conclusions of law is hereby extended to November 29, 2019.

###

**Submitted by:**

Gary Seitz
Gellert Scali Busenkell & Brown, LLC
1628 J.F.K. Boulevard, Suite 1901
Philadelphia, Pennsylvania 19103
Tel: 215-238-0011
E-mail: gseitz@gsblaw.com

**Copies to:**

Gary Seitz, Esq.

[Attorney Seitz is directed to serve copies of this order on all interested parties and to file a certificate of service.]