## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

In re:

YURI LYUBARSKY and                 Case No: 18-16659-LMI
OLGA LYUBARSKY                   Chapter 7

    Debtors.
_____/

## SATISFACTION OF JUDGMENT

Judgment was rendered in favor of the above named Debtors, Yuri Lyubarsky and Olga Lyubarsky ("Debtors"), against Vertonix LTD and Eric Rayz, Esquire (collectively "Vertonix") pursuant to the court's ruling on the Debtors' Motion for Sanctions for Violating the Automatic Stay on April 17, 2020, in the total sum of $354,777.75 and the Debtors, through their undersigned counsel, acknowledge payment of said judgment in full and desire to release this judgment and hereby fully and completely satisfy the same.

Dated May 21, 2020               Local Counsel for Debtors/Movants

/s/ Leonid Nerdinsky
Leonid Nerdinsky, Esq.
Nerdinsky Law Group
3800 S Ocean Drive, Suite 242
Hollywood, FL 33019
Tel: 954-237-6307
lnerdinsky@nerdinskylaw.com

Lead Counsel for Debtors/Movants

/s/ Gary F. Seitz
Gary Seitz
Gellert Scali Busenkell & Brown, LLC
1628 J.F.K. Boulevard, Suite 1901
Philadelphia, Pennsylvania 19103

Tel: 215-238-0011
gseitz@gsblaw.com